UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, AND THE CONTRACT COMPLIANCE FUND,<br><br>            Plaintiffs,<br><br>    v.<br><br>CBS ELECTRICAL CONTRACTORS, INC., a California corporation,<br><br>            Defendant. | CASE NO.: CV11-01717 ABC (SHx)<br><br>ASSIGNED TO THE HONORABLE AUDREY B. COLLINS<br><br>**[~~PROPOSED~~] JUDGMENT** |

~~Plaintiffs' motion for default judgment came on regularly for hearing on July 11, 2011, in the above-referenced Court, the Honorable Audrey B. Collins, United States District Judge, presiding. Appearances were stated on the record.~~ After full

-1-

[PROPOSED] JUDGMENT

414633

consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, and the Los Angeles Electrical Workers Credit Union shall recover from CBS Electrical Contractors, Inc., a California corporation, the principal amount of $59,884.02 (consisting of unpaid fringe benefit contributions of $41,784.18, prejudgment interest of $1,596.39, liquidated damages of $5,686.06, audit fees of $1,023.75, and damages for breach of the payment plan of $9,793.64), together with attorneys' fees of $25,478.81, and costs of $409.00, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: July 26, 2011

_/s/ Audrey B. Collins_
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: June 8, 2011          **LAQUER URBAN CLIFFORD & HODGE LLP**

By: _/s/ Denise E. Carter_
Denise E. Carter
Attorney for Plaintiffs, Trustees of the Southern
California IBEW-NECA Pension Plan, et al.

-2-
[PROPOSED] JUDGMENT

414633